United States Bankruptcy Court
Middle District of Florida

In re:
Pedro Antonio Marrero
Debtor

Case No. 23-03868-CPM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: admin | Page 1 of 3
Date Rcvd: Nov 29, 2023 | Form ID: B318 | Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pedro Antonio Marrero, 6233 Green Bridge Drive, Tampa, FL 33647 |
| cr | + | First Bank, c/o Carolyn S. Crichton, Esq., Stovash, Case, Shay & Pearce PA, 220 N. Rosalind Avenue, Orlando, FL 32801 UNITED STATES 32801-3517 |
| 30530729 | + | AFC Dealer Tampa, 3225 North 50th St, Tampa, FL 33619-2323 |
| 30530730 | + | Ally Home Loans, Po Box 77404, Ewing, NJ 08628-6404 |
| 30530733 | + | Ana Veras, 6233 Greenwhich Dr, Tampa, FL 33647-1141 |
| 30530737 | + | Car Bucks Floor Plan, 417 Woods Lake Road, Greenville, SC 29607-2777 |
| 30530743 | + | First Bank, Stovash, Case, Shay & Pearce, P.A., 220 North Rosalind Avenue, Orlando, FL 32801-3517 |
| 30530755 | + | SBA Disaster Assitance, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30530728 | + | Email/Text: bankruptcy@achievacu.com | Nov 29 2023 22:04:00 | Achieva Credit Union, Attn: Bankruptcy, PO Box 1500, Dunedin, FL 34697-1500 |
| 30530731 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 22:13:55 | American Express, Po Box 650448, Dallas, TX 75265-0448 |
| 30530732 | + | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 22:13:47 | American Express, Lowe's, PO Box 96001, Los Angeles, CA 90096-8000 |
| 30530734 | + | EDI: BANKAMER | Nov 30 2023 02:56:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19850-5019 |
| 30530735 | + | EDI: TSYS2 | Nov 30 2023 02:59:00 | Barclays Bank Delaware, Attn: Bankruptcy 125 South West St, Wilmington, DE 19801-5014 |
| 30530736 | | EDI: CAPITALONE.COM | Nov 30 2023 02:56:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 30530740 | + | EDI: CITICORP | Nov 30 2023 02:59:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 30530741 | + | EDI: CITICORP | Nov 30 2023 02:59:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 30530742 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2023 22:13:38 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 30530744 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 29 2023 22:05:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 30530745 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 29 2023 22:04:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 30530746 | + | EDI: IRS.COM | Nov 30 2023 02:59:00 | Internal Revenue Service, Centralized Insolvency Operation, P O Box 7346, Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 30530738 | | EDI: JPMORGANCHASE | Nov 30 2023 02:56:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15296, Wilmington, DE 19850 |
| 30530747 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 29 2023 22:04:00 | LoanCare LLC, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 30530748 | + | EDI: MERCEDES | Nov 30 2023 02:56:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 30530749 | + | EDI: MERCEDES | Nov 30 2023 02:56:00 | Mercedes Benz Financial Services, P. O. Box 5209, Carol Stream, IL 60197-5209 |
| 30530750 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2023 22:04:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 30530751 | + | Email/Text: bankruptcy@discoverdsc.com | Nov 29 2023 22:04:00 | Nextgear Capital, Inc, 11799 North College Ave, Carmel, IN 46032-5605 |
| 30530753 | | Email/Text: bkrgeneric@penfed.org | Nov 29 2023 22:04:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-2032 |
| 30530752 | + | Email/Text: bkrgeneric@penfed.org | Nov 29 2023 22:04:00 | Pentagon FCU, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 30530754 | + | Email/Text: newbk@Regions.com | Nov 29 2023 22:05:00 | Regions Bankcard, Attn: Bankruptcy 1900 5th Ave N, Hoover, AL 35203-2610 |
| 30530756 | + | EDI: SYNC | Nov 30 2023 02:56:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 30530757 | | EDI: SYNC | Nov 30 2023 02:56:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 30530758 | + | Email/Text: bankruptcy@bbandt.com | Nov 29 2023 22:05:00 | Truist Bank, 214 N Tryon St., Charlotte, NC 28202-2374 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30530739 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15296, Wilmington, DE 19850-5296 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Alan D Borden | on behalf of Debtor Pedro Antonio Marrero data@1800debtrelief.com r48456@notify.bestcase.com;1663805420@filings.docketbird.com;DebtReliefLegalGroupLLC@jubileebk.net |
| Carolyn S Crichton | on behalf of Creditor First Bank ccrichton@sctlaw.com elaluz@scsplaw.com |
| Douglas N Menchise | Dmenchise@verizon.net FL57@ecfcbis.com |
| Eric B Jontz | on behalf of Plaintiff NextGear Capital Inc. ejontz@fishbacklaw.com, cgeorge@fishbacklaw.com;jjontz@fishbacklaw.com |
| Michael D Tempkins | on behalf of Plaintiff NextGear Capital Inc. mtempkins@fishbacklaw.com |
| Richard S Geller | on behalf of Plaintiff NextGear Capital Inc. rgeller@fishbacklaw.com, kimberlyc@fishbacklaw.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Pedro Antonio Marrero<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7555 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Florida | | |
| Case number: | 8:23–bk–03868–CPM | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pedro Antonio Marrero
aka Pedro Antonio Berrios Marrero, dba A & K
Body Shop

-

Catherine McEwen

Dated: November 29, 2023

Catherine Peek McEwen
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**