# JOMAX
## RECOVERY SERVICES

9242 W Union Hills Dr., Suite 102, Peoria, AZ 85382
602.866.0721 office • 888.866.0721 toll free • 602.866.0722 fax
www.jomaxrecovery.com

Filed Via Mail
JUN 10 2024
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
2 Pages Scanned by RS

June 5, 2024

United States Bankruptcy Court
Middle District of Florida
Sam M. Gibbons US Courthouse
801 North Florida Ave, Ste 555
Tampa, CL 33602

RE:    **Notice of Appearance**
        Debtor:      Pedro Antonio Marrero
        Case No.:    8:23-bk-03868-CPM
        Our Client:   Hudson Insurance Company
        Our File:    24429

Dear Clerk of the Court:

Please take notice that Jomax Recovery Services, as authorized agent for Hudson Insurance Company, a creditor in the above-referenced case, hereby requests that all notices given or required to be given, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure, be given and served upon:

> Hudson Insurance Company
> c/o Jomax Recovery Services
> 9242 W. Union Hills Drive #102
> Peoria, AZ 85382

A copy of this notice is attached, to be date stamped and returned to our office in the pre-stamped envelope provided. Please let me know if you have questions.

Sincerely,

Machelle DeBruin
Legal Coordinator

:MD
Encl.

cc:    Hudson Insurance Company

**JOMAX**
**9242 W UNION HILLS DR**
**SUITE 102**
**PEORIA, AZ 85382**

ADDRESS SERVICE REQUESTED

PHOENIX AZ 852
JUN 2024 PM 9

quadient
FIRST-CLASS MAIL
IMI
$000.64
06/05/2024 ZIP 85382
043M30236857
US POSTAGE



33602-389999